UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JACQUIE DEPETRIS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL P. DEDMON, et al.,<br><br>　　　　　Defendants. | Case No. 14-cv-03379-BLF<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION; REMANDING CASE TO STATE COURT**<br><br>[Re: ECF 5] |

This is an unlawful detainer action that *pro se* defendants Michael P. Dedmon and Daniel Dedmon have removed to federal court from Monterey County Superior Court.  Before the Court is Magistrate Judge Paul Singh Grewal's July 28, 2014 Report and Recommendation that the case be remanded for lack of subject matter jurisdiction.  (ECF 5)  The time for objecting to the Report and Recommendation has elapsed, and no objections were filed.  Fed. R. Civ. P. 72(b)(2).

Having read and considered the Report and Recommendation, as well as the record on its face, the Court finds Judge Grewal's Report and Recommendation to be correct, well-reasoned, and well-founded in fact and in law.  Accordingly, the Court adopts Judge Grewal's Report and Recommendation in its entirety.

This action is hereby remanded to the Superior Court of California for the County of Monterey.  Defendants' Application to Proceed *In Forma Pauperis* is DENIED as moot.  The Clerk of the Court shall close the case file.

**IT IS SO ORDERED.**

Dated: August 13, 2014

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge